UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

\* \* \*

THE GUARANTEE COMPANY OF  )
NORTH AMERICA,            )
                          )
    Plaintiff,            )
                          )
vs.                       )     2:13-CV-1583-JAD-CWH
                          )
ANTHONY BARAJAS, et al.,  )
                          )
    Defendants.           )

## O R D E R

On September 3, 2013, Plaintiff The Guarantee Company of North America filed a Motion for Preliminary Injunction (Doc. #5).

**IT IS ORDERED** that all parties shall appear on Wednesday, October 2, 2013, at 2:00 p.m. in Courtroom 6D in the United States District Court, District of Nevada, located at 333 S. Las Vegas Blvd., Las Vegas, Nevada, 89101, for a hearing on Plaintiff's Motion for Preliminary Injunction (Doc. #5).

**IT IS FURTHER ORDERED** that Plaintiff shall immediately notify Defendants of the hearing, and shall forthwith serve Defendants with any documents that are presently on file in this action, together with a copy of this Order.

**IT IS FURTHER ORDERED** that Defendants shall have until Friday, September 20, 2013, in which to file a response brief to Plaintiff's Motion for Preliminary Injunction.

Dated: September 4, 2013.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE