**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE GUARANTEE COMPANY OF NORTH AMERICA, | 2:13-cv-01583-JAD-CWH |
| Plaintiff | **Order to Show Cause Why Stay Should Not Be Lifted and Case Should Not Be Dismissed Consistent with the Bankruptcy Court's 8/18/14 Discharge Order and 10/20/14 Final Decree** |
| v. | |
| ANTHONY BARAJAS, et al., | |
| Defendants | |

The Guarantee Company of North America ("Guarantee") issued performance, payment, and commercial licensing bonds on behalf of Barajas & Associates, Inc. for several construction projects in the State of Nevada. It sues Anthony and Elizabeth Barajas, both individually and as trustees of the Barajas Family Trust Dated 05/25/10, for their alleged failure to honor an indemnity agreement that arose as part of that surety relationship.[1]

I stayed this case after the Barajases filed notice on April 21, 2014, that they had petitioned for relief under Chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Nevada (Case No. 14-12704-abl).[2] I then instructed the parties to provide a status report by March 13, 2015.[3] Guarantee timely responded stating that "[t]his case shall remain stayed due to the pending bankruptcy. . . ."[4] I then ordered the parties to file a second status report by February 2, 2016.[5] But that deadline passed without either side complying.

---

[1] ECF 1.

[2] ECF 20.

[3] ECF 21.

[4] ECF 22 at 2.

[5] ECF 23.

1       This silence prompted me to review the docket in the bankruptcy case.  I was surprised to

2   discover that the bankruptcy court had granted the Barajases a discharge under 11 U.S.C. § 727

3   on August 18, 2014,[6] and entered final decree on October 20, 2014, discharging the Chapter 7

4   trustee from her duties and closing the bankruptcy case.[7]  Both events occurred months before

5   Guarantee advised me that this case needed to remain stayed due to the Barajases' "pending"

6   bankruptcy case.[8]

7       Accordingly, IT IS HEREBY ORDERED that **plaintiff The Guarantee Company of**

8   **North America has until Thursday, March 3, 2016, to show cause** why (1) the bankruptcy

9   stay should not be lifted and (2) this case should not be dismissed consistent with the bankruptcy

10  court's August 18, 2014, discharge order and October 20, 2014, final decree.  **If plaintiff does**

11  **not file a document showing good cause by March 3, 2016, this case will be dismissed in its**

12  **entirety without further notice and without prejudice.**

13      DATED: February 4, 2016

14

15      Jennifer A. Dorsey
        United States District Judge

---

[6] 14-12704-abl, ECF 43.

[7] 14-12704-abl, ECF 47.

[8] ECF 22.

2